# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CLEOFAS LEWIS,

       Petitioner,

      v.

WARDEN,

      Respondent.

Case No. CV 15-3796 RSWL (MRW)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the motion to dismiss is GRANTED and this action is dismissed with prejudice.


DATE: 05-20-16    s/ RONALD S.W. LEW_____

                   HON. RONALD S. W. LEW

                   SENIOR UNITED STATES DISTRICT JUDGE